JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENNEA SPEIGINER, | Case No. ED CV 13-2358 FMO (MANx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CALIFORNIA RECONVEYANCE COMPANY, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 9th day of April, 2014.

/s/
Fernando M. Olguin
United States District Judge